# N THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **NICOLA HUDSON,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:16-CV-402 (MTT) |
| **TYSON FARMS, Inc.,** *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

For the reasons discussed at the January 25, 2017 hearing, Defendant Olivia McClellan's Motion to Dismiss (Doc. 11) is **GRANTED**. To the extent Hudson asserts a claim against Olivia McClellan, that claim is **DISMISSED** without prejudice.

**SO ORDERED**, this 26th day of January, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT